UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
NEW SENSATIONS, INC.,

                Plaintiff,                    **Civil Action No. 12-CV-03535-NRB**

  -against-

DOES 1 - 45,

                Defendants.
------------------------------------------------------------------x

Billy H. Kim, being duly sworn, says:

1. I am an associate of the law offices of Wong, Wong & Associates, P.C., attorneys for Defendant Doe #39 in the above-entitled action. As such, I am fully familiar with the facts and circumstances herein.

2. Attached hereto as Exhibit A is a true and accurate copy of "the Complaint" in the underlying action.

3. Attached hereto as Exhibit B is a true and accurate copy of the Court's September 5, 2012, Decision and Order.

4. I certify pursuant to 28 U.S.C. §1746, under penalty of perjury, that the foregoing statements by me are true and correct.

Dated: October 16, 2012
New York, NY

                                                  Billy H. Kim, Esq. (BK7718)
                                                  Wong, Wong & Associates, P.C.
                                                  150 Broadway, Suite 1588
                                                  New York, NY 10038
                                                  (212) 566-8080
                                                  *Attorneys for Defendant Doe #39*