UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW SENSATIONS, INC.            )<br>                                                  )<br>      Plaintiff,                         )<br>                                                  )<br>      v.                                     )<br>                                                  )<br> DOES 1 – 45                          )<br>                                                  )<br>      Defendants.                    ) | Civil Action No. 12-cv-03535-NRB |

**NOTICE OF VOLUNTARY DISMISSAL OF JOHN DOE 39 PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that John Doe 39 (IP address 96.246.57.75) is dismissed <u>with prejudice</u> from the above-captioned action because Plaintiff has settled the matter with John Doe 39.

John Doe had previously filed a Motion to Quash, which is now obsolete and can be terminated [see ECF documents 8 - 13].

Respectfully submitted this 31st day of October 2012.

FOR THE PLAINTIFF:

By:   /s/ Mike Meier
Mike Meier
The Copyright Law Group, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Phone: (888) 407-6770
Fax: (703) 546-4990
Email:
mike.meier.esq@copyrightdefenselawyer.com

ATTORNEY FOR PLAINTIFF

1

**CERTIFICATE OF SERVICE**

I hereby certify that on 31 October 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

By:   /s/ Mike Meier
Mike Meier
The Copyright Law Group, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Phone: (888) 407-6770
Fax: (703) 546-4990
Email:
mike.meier.esq@copyrightdefenselawyer.com

ATTORNEY FOR PLAINTIFF