Mike Meier
Email address: contact@copyrightdefenselawyer.com
THE COPYRIGHT LAW GROUP, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Tel: 888-407-6770
Fax: 703-546-4990

Attorney for Plaintiff New Sensations, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| New Sensations, Inc. | CASE NO. 12-CV-03535-NRB |
|---|---|
| Plaintiff, | **Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s), Namely Doe(s) 25, 34, 39, 42** |
| v. | |
| DOES 1-45, | |
| Defendants. | |

   Plaintiff having reached settlement(s) with the respective Doe Defendant(s) listed in the following table,

| Doe No. | IP Address | Timestamp (U.S. Eastern Time) |
|---|---|---|
| Doe 25 | 68.174.63.239 | 2012-02-19 02:43:15 -0500 |
| Doe 34 | 74.101.196.149 | 2012-02-02 23:04:51 -0500 |
| Doe 39 | 96.246.57.75 | 2012-03-17 14:40:25 -0400 |
| Doe 42 | 96.250.86.197 | 2012-03-17 02:58:47 -0400 |

Plaintiff dismisses with prejudice each of the specific Defendant(s) listed above from the above identified action pursuant to Fed. R. Civ. P. 41(a).

                                        Respectfully submitted,

Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe            1
Defendant(s) - Case No. 12-CV-03535-NRB

1  Date: November 24, 2012                    _____
                                              Mike Meier
2                                             Email address: contact@copyrightdefenselawyer.com
                                              THE COPYRIGHT LAW GROUP, PLLC
3                                             4000 Legato Road, Suite 1100
                                              Fairfax, VA 22033
4                                             Tel: 888-407-6770
5                                             Fax: 703-546-4990

6
7                                             Attorney for Plaintiff New Sensations, Inc.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28